**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 9, 2024

**By ECF and Email**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   **United States v. Freddie Guadalupe-Reyes**
      **20 Cr. 559 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court adjourn the motions schedule in the above-captioned case for 2 more weeks, to the following dates: August 19 for defense motions, September 9 for oppositions, and replies due September 16.  The Court can also reschedule the September 20 hearing, as needed.  This is our second request for an adjournment of the motions deadline.  The government, by Assistant United States Attorney Mitzi Steiner, has no objection to this request.

    As the Court is aware, Mr. Guadalupe-Reyes was remanded following a bail violation hearing before Magistrate Judge Stein on August 1, 2024.  Given this change in circumstances, the defense is re-evaluating the appropriate next steps in this case.  In addition, we need the additional time to confer with our client, who is now available to be visited at the MDC.

    Given the nature of this application, the defense consents to the exclusion of time under the Speedy Trial Act until any newly-selected hearing date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Guadalupe-Reyes
212-417-8729

Application GRANTED.  The motions schedule is hereby ADJOURNED in accordance with the dates proposed above.

The motion hearing currently scheduled for September 20, 2024, is hereby ADJOURNED to **October 9, 2024,** at **3:30 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between September 20, 2024, and October 9, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to confer with their client and prepare any pretrial motions.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:    August 9, 2024          SO ORDERED.
          New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE